B18W (Form 18W)(08/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number**  10−34982−KRH
**Chapter**  13

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony Jones | Connie Jones |
| 650 Philbeck Crossroads | 650 Philbeck Crossroads |
| Skipwith, VA 23968 | Skipwith, VA 23968 |

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):
  Debtor: xxx−xx−8538                                Joint Debtor: xxx−xx−0501

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA                                         Joint Debtor: NA


## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

Anthony Jones and Connie Jones are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).


**FOR THE COURT**

Dated: September 30, 2014                            William C. Redden, CLERK


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                          Eastern District of Virginia
In re:                                                            Case No. 10-34982-KRH
Anthony Jones
Connie Jones                                                      Chapter 13
          Debtors
                              CERTIFICATE OF NOTICE
District/off: 0422-7           User: bullockn              Page 1 of 2              Date Rcvd: Sep 30, 2014
                               Form ID: B18W              Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2014.
db/jdb        +Anthony Jones,   Connie Jones,   650 Philbeck Crossroads,   Skipwith, VA 23968-1520
cr            +Wells Fargo Dealer Services, Inc. f/k/a Wachovia D,   c/o Peter S. Lake, Esquire,
                192 Ballard Court, Suite 400,   Virginia Beach, VA 23462-6538
9827865      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Home Depot,   Processing Center,   Des Moines, IA 50364-0000)
9827858       +Cato Corporation,   Attention: Credit Department,   Po Box 34216,   Charlotte, NC 28234-4216
9827861       +Farmers Bank of Appomattox,   Po Box 216,   Appomattox, VA 24522-0216
9827862       +Fia Csna,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
9975128        WORLD'S FOREMOST BANK,   CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
10091855       Wells Fargo Bank N.A.,   C/O Bankruptcy R4057-01P,   PO Box 13765,   Roanoke, VA  24037-3765
10089034       Wells Fargo Bank, N.A.,   7711 Plantation Rd,   1st Floor - MAC R4057-01P,
                Roanoke, VA  24019-3224
9827871       +Wfb-ne (Worlds Foremost Bank),   Attn: Collections,   Po Box 82608,   Lincoln, NE 68501-2608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             EDI: AIS.COM Oct 01 2014 02:43:00     Midland Funding LLC by American InfoSource LP as a,
                PO Box 4457,   Houston, TX  77210-4457
cr            +EDI: RECOVERYCORP.COM Oct 01 2014 02:43:00     Recovery Management Systems Corporation,
                25 SE 2nd Ave Ste 1120,   Miami, FL 33131-1605
cr            +EDI: WFFC.COM Oct 01 2014 02:43:00     Wells Fargo Bank, N.A.,   Home Equity Group,   X2303-01A,
                1 Home Campus,   Des Moines, IA 50328-0001
9864278        EDI: AIS.COM Oct 01 2014 02:43:00     American Infosource Lp As Agent for,
                Cedar Hill National Bank,   PO Box 248838,   Oklahoma City, OK  73124-8838
9912864        EDI: AIS.COM Oct 01 2014 02:43:00     American Infosource Lp As Agent for,
                World Financial Network National Bank As,   Peebles,   PO Box 248872,
                Oklahoma City, OK  73124-8872
9827859        EDI: CITICORP.COM Oct 01 2014 02:43:00     Citibank Sd, Na,   Attn: Centralized Bankruptcy,
                Po Box 20507,   Kansas City, MO 64195-0000
9827860        EDI: RCSDELL.COM Oct 01 2014 02:43:00     Dell Financial Services,   Attn: Bankruptcy Dept.,
                Po Box 81577,   Austin, TX 78708-0000
9843875        EDI: RESURGENT.COM Oct 01 2014 02:43:00     Dell Financial Services L.L.C.,
                c/o Resurgent Capital Services,   PO Box 10390,   Greenville, SC 29603-0390
9977666       +EDI: BANKAMER.COM Oct 01 2014 02:43:00     Fia Card Services, NA As Successor In Interest to,
                Bank of America NA and Mbna America Bank,   1000 Samoset Drive,   DE5-023-03-03,
                Newark, DE 19713-6000
10101805       EDI: RMSC.COM Oct 01 2014 02:43:00     GE Money Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
9827863       +EDI: RMSC.COM Oct 01 2014 02:43:00     Gemb/belk,   Po Box 981491,   El Paso, TX 79998-1491
9827864       +EDI: RMSC.COM Oct 01 2014 02:43:00     Gemb/jcp,   Attention: Bankruptcy,   Po Box 103104,
                Roswell, GA 30076-9104
9827866       +EDI: RMSC.COM Oct 01 2014 02:43:00     Lowes / MBGA,   Attention: Bankruptcy Department,
                Po Box 103104,   Roswell, GA 30076-9104
11544300       EDI: AIS.COM Oct 01 2014 02:43:00     Midland Funding LLC,   by American InfoSource LP as agent,
                PO Box 4457,   Houston, TX  77210-4457
9979618       +EDI: PRA.COM Oct 01 2014 02:43:00     PRA Receivables Management, LLC,
                As Agent Of Portfolio Recovery Assocs.,   POB 41067,   Norfolk VA 23541-1067
11517752       EDI: RECOVERYCORP.COM Oct 01 2014 02:43:00     Portfolio Investments II LLC,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,
                Miami, FL 33131-1605
11517753       EDI: RECOVERYCORP.COM Oct 01 2014 02:43:00     Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
9827867       +EDI: SEARS.COM Oct 01 2014 02:43:00     Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
9827868        EDI: WACHOVIA.COM Oct 01 2014 02:43:00     Wachov/ftu,   Attn: Bankruptcy,   Po Box 13765,
                Roanoke, VA 24037-0000
9827869       +EDI: WFFC.COM Oct 01 2014 02:43:00     Wells Fargo,   Po Box 6417,
                Carol Stream, IL 60197-6417
9827870       +EDI: WFFC.COM Oct 01 2014 02:43:00     Wells Fargo Bank,   18700 Nw Walker Rd,
                Beaverton, OR 97006-2950
9838999       +EDI: WFFC.COM Oct 01 2014 02:43:00     Wells Fargo Bank, N.A.,   c/o Wells Fargo Card Services,
                Recovery Department,   P.O. Box 9210,   Des Moines, IA 50306-9210
11693309      +EDI: WFFC.COM Oct 01 2014 02:43:00     Wells Fargo Home Mortgage,   Attn: Payment Processing,
                1 Home Campus,   MAC # 2302-04C,   Des Moines, IA 50328-0001
11693310      +EDI: WFFC.COM Oct 01 2014 02:43:00     Wells Fargo Home Mortgage,   Attn: Bankruptcy Department,
                3476 Stateview Blvd.,   MAC # D3347-014,   Fort Mill, SC 29715-7203
9827872        EDI: WFNNB.COM Oct 01 2014 02:43:00     Wfnnb/peebles,   Po Box 64,
                Jacksonville, TX 75766-0000
9827873       +EDI: WFFC.COM Oct 01 2014 02:43:00     Wfs Financial/Wachovia,   Po Box 19657,
                Irvine, CA 92623-9657
10067379       EDI: ECAST.COM Oct 01 2014 02:43:00     eCAST Settlement Corporation,   POB 29262,
                New York NY 10087-9262
10006335       EDI: ECAST.COM Oct 01 2014 02:43:00     eCAST Settlement Corporation assignee of Citibank,
                (South Dakota) NA,   POB 29262,   New York NY 10087-9262
                                                                                               TOTAL: 28
```

```
District/off: 0422-7          User: bullockn           Page 2 of 2                  Date Rcvd: Sep 30, 2014
                              Form ID: B18W           Total Noticed: 38

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             eCAST Settlement Corporation,    POB 29262,   New York, NY  10087-9262
10091853     ##+The Debt Law Group, PLLC,    P.O. Box 5928,    Glen Allen, VA 23058-5928
10088911     ##+The Debt Law Group, PLLC,    111 Highland Ave,   Colonial Heights, VA 23834-3139
                                                                            TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2014 at the address(es) listed below:
              Peter S. Lake    on behalf of Creditor    Wells Fargo Dealer Services, Inc. f/k/a Wachovia Dealer
               Services, Inc. pslake@lakelawfirm.org,    loretta@lakelawfirm.org
              Richard James Oulton    on behalf of Joint Debtor Connie   Jones southsidedebtlawgroup@gmail.com,
               thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com;chadesimmons.legal@gmail.com
              Richard James Oulton    on behalf of Debtor Anthony   Jones southsidedebtlawgroup@gmail.com,
               thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com;chadesimmons.legal@gmail.com
              Robert E. Hyman    station08@ricva.net,   ecfsummary@ricva.net
                                                                                          TOTAL: 4
```